AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# 8:22-MJ-00385     Return

| Case No.: RQ-21-0028 | Date and time warrant executed: June 2, 2022 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: Ying Huang

Inventory of the property taken and name of any person(s) seized:

Phone was searched and a Cellebrite download was conducted.

Property taken
Contacts & voicemails
Messages & Audio
Phone calls & Images
(were obtained)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*